# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1343   **Short Title:** MA et al. v. NIH et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

the State of Vermont                                                                 as the

[✓] appellant(s)           [ ] appellee(s)           [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

| | |
|---|---|
| /s/ Jonathan Rose | April 9, 2025 |
| Signature | Date |
| Jonathan Rose | |
| Name | |
| Vermont Attorney General's Office | 802-828-3171 |
| Firm Name (if applicable) | Telephone Number |
| 109 State Street | 802-828-3187 |
| Address | Fax Number |
| Montpelier, VT 05609 | jonathan.rose@vermont.gov |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1215541

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).