# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1343    Short Title: Massachusetts et al. v. NIH et a

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Plaintiff-Appellee State of Colorado                                              as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Shannon Stevenson                    April 10, 2025
Signature                                Date

Shannon Stevenson
Name

Colorado Department of Law               (720) 508-6000
Firm Name (if applicable)                Telephone Number

1300 Broadway, 10th Floor                (720) 508-6030
Address                                  Fax Number

Denver, CO 80203                         shannon.stevenson@coag.gov
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1215531

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).