# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1343    **Short Title:** Massachusetts v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Illinois _____ as the

[ ] appellant(s)        [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)       [ ] intervenor(s)

| | |
|---|---|
| /s/ Alex Hemmer | April 11, 2025 |
| Signature | Date |
| Alex Hemmer | |
| Name | |
| Office of the Illinois Attorney General | (312) 814-5526 |
| Firm Name (if applicable) | Telephone Number |
| 115 S. LaSalle St. | |
| Address | Fax Number |
| Chicago, IL 60603 | alex.hemmer@ilag.gov |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1188278

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).