# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 25-1343    **Short Title:** Massachusetts v. NIH

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 04/04/2025
   2. Date this notice of appeal filed 04/08/2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [✓] Yes [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes [ ] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes [ ] No
         If yes, explain _____

C. Has this case previously been appealed? [ ] Yes [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [✓] Yes [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Commonwealth of Massachusetts
      Attorney Katherine B. Dirks, Allyson T. Slater, Chris Pappavaselio
      Address
      Telephone

   2. Adverse party (For additional parties, see attached)
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name National Institutes of Health, U.S. Department of Health & Human Services, et al.
      Address
      Telephone

      Attorney's name Thomas W. Ports, Jr.
      Firm U.S. Department of Justice, Civil Division, Commercial Litigation Branch
      Address P.O. Box 875, Ben Franklin Station, Washington, DC 20044-0875
      Telephone 202-307-1134

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Jeffrey E. Sandberg

Date  April 11, 2025

# Docketing Statement - Continuation Sheet

*Commonwealth of Massachusetts v. NIH,* **No. 25-1343 (1st Cir.)**

## D. Related Cases:

*Association of American Medical Colleges v. NIH*, No. 25-1344 (1st Cir.)

*Association of American Universities v. HHS*, No. 25-1345 (1st Cir.)

The above two cases are appeals from the same district court final judgment and permanent injunction at issue here, which were simultaneously entered in *Commonwealth of Massachusetts v. NIH*, No. 1:25-cv-10338 (D. Mass.); *Association of American Medical Colleges v. NIH*, No. 1:25-cv-10340 (D. Mass.); and *Association of American Universities v. HHS*, 1:25-cv-10346 (D. Mass.).

## F. Adverse Parties:

Party:      Commonwealth of Massachusetts
Attorneys:  Katherine B. Dirks, Allyson T. Slater, Chris Pappavaselio

Party:      People of the State of Michigan
Attorneys:  Linus Banghart-Linn, Joshua S. Smith

Party:      State of Illinois
Attorneys:  Alex Hemmer, R. Sam Horan

Party:      State of Arizona
Attorney:   Joshua D. Bendor

Party:      State of California
Attorneys:  Emilio Varanini, Daniel Ambar, Sophia TonNu

Party:      State of Colorado
Attorney:   Shannon Stevenson

Party: State of Connecticut
Attorney: Michael K. Skold

Party: State of Delaware
Attorneys: Ian R. Liston, Kathleen Jennings

Party: State of Hawaii
Attorneys: Kaliko'onālani D. Fernandes, David Dana Day

Party: State of Maine
Attorneys: Sean D. Magenis, Aaron M. Frey

Party: State of Maryland
Attorney: Adam D. Kirschner

Party: State of Minnesota
Attorney: Elizabeth C. Kramer

Party: State of Nevada
Attorney: Heidi Parry Stern

Party: State of New Jersey
Attorneys: Angela Cai, Matthew J. Platkin

Party: State of New Mexico
Attorneys: Anjana Samant, Raul Torrez

Party: State of New York
Attorneys: Rabia Muqaddam, Molly Thomas-Jensen

Party: State of North Carolina
Attorney: Daniel P. Mosteller

Party: State of Oregon
Attorney: Christina L. Beatty-Walters

<u>Party</u>: State of Rhode Island
<u>Attorney</u>: Jordan Broadbent

<u>Party</u>: State of Vermont
<u>Attorney</u>: Jonathan T. Rose

<u>Party</u>: State of Washington
<u>Attorneys</u>: Spencer W. Coates, Ellen E. Range

<u>Party</u>: State of Wisconsin
<u>Attorney</u>: Aaron J. Bibb

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I electronically filed the foregoing docketing statement with the Clerk of Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jeffrey E. Sandberg*
Jeffrey E. Sandberg
*Counsel for Defendants-Appellants*