# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Commonwealth of Massachusetts v. National Institutes of Health

District Court Case No.  1:25-cv-10338                District of Massachusetts

Date Notice of Appeal filed  April 8, 2025              Court of Appeals Case No.  25-1343

Form filed on behalf of  Defendants-Appellants

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  DE 99 (Feb. 21, 2025) (hearing on TRO/preliminary injunction)

## TRANSCRIPT ORDER

Name of Court Reporter  _____

Phone Number of Reporter  _____

A.  _____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)  HEARING DATE(S)

- [ ] Jury Voir Dire
- [ ] Opening Statement (plaintiff)
- [ ] Opening Statement (defendant)
- [ ] Trial
- [ ] Closing Argument (plaintiff)
- [ ] Closing Argument (defendant)
- [ ] Findings of Fact/Conclusions of Law
- [ ] Jury Instructions
- [ ] Change of Plea
- [ ] Sentencing
- [ ] Bail hearing
- [ ] Pretrial proceedings (specify)  _____
- [ ] Testimony (specify)  _____
- [ ] Other (specify)  _____

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- [ ] Private funds.
- [ ] Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
- [ ] Criminal Justice Act.  A CJA Form 24 has been approved by the district court judge.
- [ ] Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
- [ ] Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Jeffrey E. Sandberg            Filer's Signature  /s/ Jeffrey E. Sandberg

Firm/Address  U.S. Department of Justice      Filer's Email address  jeffrey.e.sandberg@usdoj.gov

Telephone number  202-532-4453               Date mailed to court reporter  n/a

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                                           SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I electronically filed the foregoing form with the Clerk of Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                              */s/ Jeffrey E. Sandberg*
                                              Jeffrey E. Sandberg
                                              *Counsel for Defendants-Appellants*