# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1343    **Short Title:** Massachusetts v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
National Institutes of Health, U.S. Department of Health & Human Services, et al. as the

[✓] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

/s/ Courtney L. Dixon
Signature

April 14, 2025
Date

Courtney l. Dixon
Name

Department of Justice, Civil Division, Appellate Staff
Firm Name (if applicable)

202-353-8189
Telephone Number

950 Pennsylvania Avenue NW, Room 7246
Address

Fax Number

Washington, DC 20530
City, State, Zip Code

courtney.l.dixon@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1182553

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).