# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1343        **Short Title:** MA, et al. v. NIH, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of Washington</u> as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

<u>/s/ Ellen E. Range</u>                <u>04/16/2025</u>
Signature                                Date

<u>Ellen E. Range</u>
Name

<u>Washington State Attorney General's Office</u>   <u>360-709-6470</u>
Firm Name (if applicable)                          Telephone Number

<u>7141 Cleanwater Dr SW</u>             <u>N/A</u>
Address                                  Fax Number

<u>Olympia, WA 98504-0111</u>            <u>ellen.range@atg.wa.gov</u>
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: <u>1216558</u>

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).