# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1343    **Short Title:** Massachusetts v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Commonwealth of Massachusetts _____ as the

[ ] appellant(s)    [✔] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Katherine Dirks    4/16/2025
Signature    Date

Katherine Dirks
Name

Massachusetts Office of the Attorney General    (617) 963-2277
Firm Name (if applicable)    Telephone Number

1 Ashburton Place
Address    Fax Number

Boston, MA 02108    katherine.dirks@mass.gov
City, State, Zip Code    Email (required)

Court of Appeals Bar Number: 1140660

Has this case or any related case previously been on appeal?

[ ] No    [ ] Yes    Court of Appeals No. _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).