# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1343     **Short Title:** Massachusetts v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Arizona _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Joshua D. Bendor
Signature

April 22, 2025
Date

Joshua D. Bendor
Name

Arizona Attorney General's Office
Firm Name (if applicable)

(602) 542-8958
Telephone Number

2005 North Central Avenue
Address

(602) 542-8308
Fax Number

Phoenix, Arizona 85004
City, State, Zip Code

Joshua.Bendor@azag.gov; ACL@azag.gov
Email (required)

Court of Appeals Bar Number: 1214789

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No. _____

============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).