# United States Court of Appeals
## For the First Circuit

No. 25-1343

COMMONWEALTH OF MASSACHUSETTS; DANA NESSEL, on behalf of the people of the State of Michigan; STATE OF ILLINOIS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF DELAWARE; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, M.D., Ph.D. in their official capacity as Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); ROBERT F. KENNEDY, JR., in their official capacity as Secretary of the U.S. Department of Health and Human Services,

Defendants - Appellants.

No. 25-1344

ASSOCIATION OF AMERICAN MEDICAL COLLEGES; THE AMERICAN ASSOCIATION OF COLLEGES OF PHARMACY; THE ASSOCIATION OF SCHOOLS AND PROGRAMS OF PUBLIC HEALTH; THE CONFERENCE OF BOSTON TEACHING HOSPITALS, INC.; GREATER NEW YORK HOSPITAL ASSOCIATION,

Plaintiffs - Appellees,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, M.D., Ph.D. in their official capacity as Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); ROBERT F. KENNEDY, JR., in their official capacity as Secretary of the U.S. Department of Health and Human Services,

Defendants - Appellants.

No. 25-1345

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; BRANDEIS UNIVERSITY; BROWN UNIVERSITY; CARNEGIE MELLON UNIVERSITY; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; THE UNIVERSITY OF CHICAGO; CORNELL UNIVERSITY; THE GEORGE WASHINGTON UNIVERSITY; JOHNS HOPKINS UNIVERSITY; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA; UNIVERSITY OF ROCHESTER; TRUSTEES OF TUFTS COLLEGE; THE CALIFORNIA INSTITUTE OF TECHNOLOGY,

Plaintiffs - Appellees,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of the U.S. Department of Health and Human Services; JAY BHATTACHARYA, M.D., Ph.D. in their official capacity as Director of the National Institutes of Health,

Defendants - Appellants.

---

**ORDER OF COURT**

Entered: April 23, 2025

This matter is before the court on a "Consent Motion to Expedite Briefing and Oral Argument" filed by defendants-appellants. The motion is resolved as follows. Briefing in this matter will proceed on the following schedule:

-- defendants-appellants' opening brief should be filed by May 9, 2025;

-- plaintiffs-appellees' response brief(s) should be filed by June 9, 2025[1];

-- any reply brief should be filed by July 1, 2025.

If oral argument ultimately is deemed necessary, it will be held as soon as practicable following the completion of briefing.

By the Court:

Anastasia Dubrovsky, Clerk

---

[1] The deadline for the response brief(s) reflects a one-day deviation from the schedule proposed in the motion.

cc:
Donald Campbell Lockhart
Abraham R George
Jeffrey Eric Sandberg
Courtney Dixon
Thomas W. Ports Jr.
Brian Lea
Kevin P. VanLandingham
Marcus S. Sacks
Katherine B. Dirks
Allyson T. Slater
Chris Pappavaselio
Linus Banghart-Linn
Joshua S. Smith
Alex Hemmer
R. Sam Horan
Joshua Bendor
Daniel Ambar
Emilio Eugene Varanini IV
Sophia TonNu
Michael Kenneth Skold
Shannon Wells Stevenson
Kathleen Jennings
David Dana Day
Kalikoonalani Diara Fernandes
Thomas A. Knowlton
Adam D. Kirschner
Elizabeth C. Kramer
Heidi Parry Stern
Matthew J. Platkin
Anjana Samant
Molly Thomas-Jensen
Daniel Paul Mosteller
Christina L. Beatty-Walters
Jordan Broadbent
Jonathan T. Rose
Spencer Wade Coates
Ellen E. Range
Aaron Bibb
Cody R. Hart
Derrill J. Fussell
Eric M. Gold
Adam N. Cederbaum
Jonathan Benjamin Miller