# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1343     Short Title: Commonwealth of Massachuse

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Oregon _____ as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/Robert Koch                     5/9/25
Signature                          Date

Robert Koch
Name

Oregon Department of Justice       503-378-4402
Firm Name (if applicable)          Telephone Number

1162 Court St NE
Address                            Fax Number

Salem, OR 97301                    robert.a.koch@doj.oregon.gov
City, State, Zip Code              Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes   Court of Appeals No. _____

===================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).