# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1343          **Short Title:** Massachusetts v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Dana Nessel, on behalf of the people of the State of Michigan     as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Joshua S. Smith
Signature

5/12/2025
Date

Joshua S. Smith
Name

Mich. Dept of Attorney General
Firm Name (if applicable)

(517) 335-3055
Telephone Number

P.O. Box 30217, 4th Flr
Address

(517) 335-7175
Fax Number

Lansing, MI 48909
City, State, Zip Code

smithj191@michigan.gov
Email (required)

Court of Appeals Bar Number: 1216552

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).