No. 25-1343

**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

COMMONWEALTH OF MASSACHUSETTS, ET AL.,
*Plaintiffs-Appellees,*

v.

NATIONAL INSTITUTES OF HEALTH, ET AL.,
*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, CASE NOS. 25-CV-10338; 25-CV-10340; AND 25-CV-10346

**MOTION FOR LEAVE BY PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. TO FILE BRIEF OF *AMICUS CURIAE* IN SUPPORT OF NEITHER PARTY**

Alexandra H. Deal
Bar No. 119274
Paik Deal LLP
6 Beacon Street
Suite 815
Boston, MA 02108
Tel: (617) 439-0150
Email: adeal@paikdeal.com

Kelsey L. McLean
Bar No. 1216844
Alexandra Zegger
Bar No. 1217587
PETA Foundation
1536 16th Street NW
Washington, D.C. 20036
Tel: (202) 483-7382
Email: kmclean@petaf.org
azegger@petaf.org

Dated: May 16, 2025

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), People for the Ethical Treatment of Animals, Inc. respectfully moves for leave of the Court to file the attached *Amicus curiae* brief in support of neither party. As noted in the attached brief, *Amicus* also respectfully requests leave to participate in oral argument to discuss the issues set forth in the brief and to respond to any of the Court's questions, which might not be adequately addressed by the parties.

A.   **Interests of *Amicus***

*Amicus curiae,* People for the Ethical Treatment of Animals, Inc., is the country's largest animal protection organization, based in Norfolk, Virginia. *Amicus* is dedicated to protecting animals, including those used in experimentation, from abuse, neglect, and cruelty. *Amicus* is engaged in ongoing efforts to end the wasteful and cruel confinement of animals used for experimentation in the United States, and to educate the public regarding the ways in which these outdated experiments on animals can be replaced with more advanced and humane methods.

## B. Reasons for Granting Leave to File

*Amicus curiae* is one of the country's leaders in the effort to modernize medical and scientific research. *Amicus* employs some of the foremost scientific experts in the field of research modernization, is dedicated to investigating and uncovering fraud, waste, and cruelty that is rampant in the animal experimentation industry, and is instrumental in moving government funding agencies and the scientific community toward a state-of-the-art approach that is more beneficial to humanity and does not rely on animal experimentation. As such, *Amicus* brings a unique and informed perspective on the issues presented in this case.

*Amicus'* brief is relevant to the disposition of this case, as it will correct information provided by animal experimenters and relied on by the District Court regarding the alleged irreparable harms absent injunctive relief. *Amicus* seeks to correct this information so that the ultimate determination of this Court stands on unimpeachable facts and evidence.

*Amicus* respectfully asks for the opportunity to be heard pursuant to Federal Rule of Appellate Procedure 29(a)(8) to discuss the issues set forth in the attached brief and to respond to any of the Court's questions, which might not be adequately addressed by the parties.

WHEREFORE, People for the Ethical Treatment of Animals, Inc. requests that the Court grant this motion and accept for filing the accompanying brief of *Amicus curiae* in support of neither party.

Respectfully submitted,

Dated:  May 16, 2025    /s/ Alexandra H. Deal
Alexandra H. Deal
Bar No. 119274
Paik Deal, LLP
6 Beacon Street
Suite 815
Boston, MA 02108
Tel: (617) 439-0150
Email: adeal@paikdeal.com

Kelsey L. McLean
Bar No. 1216844
PETA Foundation
1536 16th Street NW
Washington, D.C. 20036
Tel: (202) 483-7382
Email: kmclean@petaf.org

Alexandra Zegger
Bar No. 1217587
PETA Foundation
1536 16th Street NW
Washington, D.C. 20036
Tel: (202) 483-7382
Email: azegger@petaf.org

*Attorneys for Amicus Curiae*
*People for the Ethical Treatment*
*of Animals, Inc.*

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 396 words, excluding the portions of the document exempted by Rule 32(f).

This document complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally space typeface using Microsoft Word in 14-point Times New Roman font.

Dated: May 16, 2025 /s/ Alexandra H. Deal
Alexandra H. Deal

## CERTIFICATE OF SERVICE

I certify that on May 16, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 16, 2025　　　　　　　　　　　　<u>/s/ Alexandra H. Deal</u>
　　　　　　　　　　　　　　　　　　　　　Alexandra H. Deal