## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), People for the Ethical Treatment of Animals, Inc. states that it has no parent corporation nor any stock and, therefore, no publicly held company owns ten percent or more of its stock.