# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1343      **Short Title:** Massachusetts v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

National Institutes of Health, U.S. Department of Health & Human Services, et al.    as the

[✔] appellant(s)      [ ] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)      [ ] intervenor(s)

/s/ Brian C. Lea
Signature

May 18, 2025
Date

Brian C. Lea
Name

Department of Justice, Office of the Associate Attorney General
Firm Name (if applicable)

202-445-8823
Telephone Number

950 Pennsylvania Avenue NW, Room 5726
Address

_____
Fax Number

Washington, DC 20530
City, State, Zip Code

brian.lea@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1216547

Has this case or any related case previously been on appeal?

[✔] No      [ ] Yes    Court of Appeals No._____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).