# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1343  **Short Title:** Massachusetts, et al. v. NIH, e

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

People for the Ethical Treatment of Animals, Inc.                                                             as the

[ ] appellant(s)  [ ] appellee(s)  [✔] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

/s/ Kelsey L. McLean
Signature

5/30/2025
Date

Kelsey L. McLean
Name

PETA Foundation
Firm Name (if applicable)

757-263-4101
Telephone Number

1536 16th Street NW
Address

Fax Number

Washington, D.C. 20036
City, State, Zip Code

kmclean@petaf.org
Email (required)

Court of Appeals Bar Number: 1216844

Has this case or any related case previously been on appeal?

[✔] No   [ ] Yes  Court of Appeals No.

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).