# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1343     **Short Title:** Commonwealth of Massachusetts, et al. v. NIH, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: People for the Ethical Treatment of Animals, Inc.  as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

*Alexandra Zegger* (signature)
Signature

05/30/2025
Date

Alexandra Zegger
Name

PETA Foundation
Firm Name (if applicable)

(202) 483-7382
Telephone Number

1536 16th Street NW
Address

Fax Number

Washington, D.C. 20036
City, State, Zip Code

azegger@petaf.org
Email (required)

Court of Appeals Bar Number: 1217587

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).