# United States Court of Appeals
## For the First Circuit

No. 25-1343

COMMONWEALTH OF MASSACHUSETTS; DANA NESSEL, on behalf of the people of the State of Michigan; STATE OF ILLINOIS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF DELAWARE; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, M.D., Ph.D. in their official capacity as Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); ROBERT F. KENNEDY, JR., in their official capacity as Secretary of the U.S. Department of Health and Human Services,

Defendants - Appellants.

**ORDER OF COURT**

Entered: June 4, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Amicus Curiae People for the Ethical Treatment of Animals, Inc. has filed an Amicus Curiae Brief in support of neither party. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief reflecting the caption used by this court must be filed no later than **June 11, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Eric Dean McArthur, Abraham R. George, Jeffrey Eric Sandberg, Courtney Dixon, Brian Lea, David C. Kravitz, Katherine B. Dirks, Amanda S. Hainsworth, Allyson T. Slater, Chris Pappavaselio, Neil Giovanatti, Linus Banghart-Linn, Joshua S. Smith, Alex Hemmer, Joshua Bendor, Daniel Ambar, Emilio Eugene Varanini IV, Sophia TonNu, Michael Kenneth Skold, Shannon Wells Stevenson, Vanessa L. Kassab, Ian R. Liston, David Dana Day, Kalikoonalani Diara Fernandes, Sean D. Magenis, Thomas A. Knowlton, Adam D. Kirschner, Elizabeth C. Kramer, Heidi Parry Stern, Angela Cai, Anjana Samant, Rabia Muqaddam, Ester Murdukhayeva, Molly Thomas-Jensen, Daniel Paul Mosteller, Robert A. Koch, Jordan Broadbent, Jonathan T. Rose, Spencer Wade Coates, Ellen E. Range, Aaron Bibb, Cody R. Hart, Derrill J. Fussell, Eric M. Gold, Adam N. Cederbaum, Jonathan Benjamin Miller, Alexandra H. Deal, Kelsey McLean, Alexandra Zegger