# United States Court of Appeals
## For the First Circuit

___

### NOTICE OF APPEARANCE

**No.** 25-1343     **Short Title:** Massachusetts v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of New Jersey                                                                 as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Angela Cai                              6/11/2025
Signature                                   Date

Angela Cai
Name

NJ Office of the Attorney General           609-414-5954
Firm Name (if applicable)                   Telephone Number

25 Market St, PO Box 080
Address                                     Fax Number

Trenton, NJ 08611                           angela.cai@njoag.gov
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 1212511

Has this case or any related case previously been on appeal?

[✓] No       [ ] Yes   Court of Appeals No.

=========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).