# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1343    **Short Title:** Massachusetts v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

American Association of University Professors    as the

[ ] appellant(s)         [ ] appellee(s)         [✔] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ David Zimmer                6/16/2025
Signature                       Date

David Zimmer
Name

Zimmer, Citron & Clarke LLP     617.676.9421
Firm Name (if applicable)       Telephone Number

130 Bishop Allen Dr.
Address                         Fax Number

Cambridge, MA 02139             dzimmer@zimmercitronclarke.com
City, State, Zip Code           Email (required)

Court of Appeals Bar Number: 1169750

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No.

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).