# United States Court of Appeals
## For the First Circuit

---

#### NOTICE OF APPEARANCE

**No.** 25-1343     **Short Title:** Massachusetts v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Members of the U. S. Congress                                                                as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ John M. DeStefano                              June 16, 2025
Signature                                          Date

John M. DeStefano
Name

Hagens Berman Sobol Shapiro LLP                    602.840.5900
Firm Name (if applicable)                          Telephone Number

11 W Jefferson Street, Ste. 1000                   602.840.3012
Address                                            Fax Number

Phoenix, AZ 85003                                  johnd@hbsslaw.com
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1218152

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).