# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1343    **Short Title:** Massachusetts, et al. v. NIH, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
See attached sheet _____ as the

[ ] appellant(s)    [ ] appellee(s)    [✔] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)  [ ] intervenor(s)

/s/ Nina K. Srejovic
Signature

June 9, 2025
Date

Nina Kosana Srejovic
Name

Stanford Law School
Firm Name (if applicable)

650-723-2237
Telephone Number

559 Nathan Abbott Way
Address

Fax Number

Stanford, CA 94305
City, State, Zip Code

srejovic@law.stanford.edu
Email (required)

Court of Appeals Bar Number: 1217909

Has this case or any related case previously been on appeal?

[✔] No    [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print    Reset

*MASSACHUSETTS, et al., v. NIH, et al.*
First Circuit No. 25-1343

Attachment to Notice of Appearance
Nina K. Srejovic

Parties represented:

*Amici curiae* scholars of economics and innovation:

    Professor Pierre Azoulay

    Professor Daniel P. Gross

    Professor Lisa Larrimore Ouellette

    Professor Bhaven N. Sampat