# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1343          **Short Title:** Massachusetts v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Local Governments and Local Government Leaders</u>          as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


<u>/s/ Jonathan B. Miller</u>          <u>6/18/2025</u>
Signature                              Date

<u>Jonathan B. Miller</u>
Name

<u>Public Rights Project</u>          <u>510-738-6788</u>
Firm Name (if applicable)              Telephone Number

<u>490 43rd Street, #115</u>          _____
Address                               Fax Number

<u>Oakland, CA 94609</u>          <u>jon@publicrightsproject.org</u>
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: <u>1143605</u>


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

=======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

*List of Local Governments and Local Government Leaders*

City of Boston, Massachusetts

City of Alameda, California

City of Albuquerque, New Mexico

Allegheny County, Pennsylvania

City of Baltimore, Maryland

William Moehle
*Supervisor, Town of Brighton, New York*

Christine Corrado
*Councilmember, Town of Brighton, New York*

Robin Wilt
*Councilmember, Town of Brighton, New York*

Sarah Leonardi
*School Board Member, Broward County,* Florida

Diane M. Ellis-Marseglia
*Commissioner and Vice-Chair, Bucks County, Pennsylvania*

Robert J. Harvie, Jr.
*Commissioner and Board Chair, Bucks County Pennsylvania*

Emma Mulvaney-Stanak
*Mayor, City of Burlington, Vermont*

City of Cambridge, Massachusetts

Township of Canton, Michigan

Town of Chapel Hill, North Carolina

City of Chicago, Illinois

City of Cleveland, Ohio

Sandra Welch
*Mayor, City of Coconut Creek, Florida*

City of Columbus, Ohio

Nancy Metayer Bowen
*In her individual capacity, who is Vice Mayor, City of Coral Springs, Florida*

Beau Harbin
*Legislator, Cortland County, New York*

Yasmine-Imani McMorrin
*Mayor, City of Culver City, California*

City of Easthampton, Massachusetts

Chris Canales
*Councilmember, City of El Paso, Texas*

Daniel Biss
*Mayor, City of Evanston, Illinois*

City of Fairfax, Virginia

Ben Sorensen
*City Commissioner, City of Fort Lauderdale, Florida*

Harvey L. Ward
*Mayor, City of Gainesville, Florida*

Harris County, Texas

Ravinder S. Bhalla
*Mayor, City of Hoboken, New Jersey*

Quinton Lucas
*Mayor, Kansas City, Missouri*

Indya Kincannon
*Mayor, City of Knoxville, Tennessee*

Seema Singh
*Councilmember, City of Knoxville, Tennessee*

City of Madison, Wisconsin

Jeff Silvestrini
*Mayor, City of Millcreek, Utah*

Anissa Welch
*Mayor, City of Milton, Wisconsin*

City of Minneapolis, Minnesota

Montgomery County, Maryland

Neil Makhija
*Commissioner, Montgomery County, Pennsylvania*

Metropolitan Government of Nashville and Davidson County, Tennessee

Brenda Gadd
*Councilmember, Metropolitan Nashville & Davidson County, Tennessee*

Ginny Welsch
*Councilmember, Metropolitan Nashville & Davidson County, Tennessee*

City of New Haven, Connecticut

City of New York, New York

City of Newark, New Jersey

Christopher Jaramillo
*School Board President, Norristown Area School District, Pennsylvania*

Michael Joseph
*Mayor, City of North Miami, Florida*

Dontae Payne
*Mayor, City of Olympia, Washington*

City of Plainfield, New Jersey

Adrian O. Mapp
*Mayor, City of Plainfield, New Jersey*

Sue Noack
*Mayor, City of Pleasant Hill, California*

City of Pittsburg, Pennsylvania

Ed Gainey
*Mayor, City of Pittsburgh, Pennsylvania*

City of Providence, Rhode Island

John Clark
*Mayor, Town of Ridgway, Colorado*

City of Rochester, New York

City of Sacramento, California

Lisa Kaplan
*Councilmember, City of Sacramento, California*

Erin Mendenhall
*Mayor, City of Salt Lake City, Utah*

City of San Diego, California

City and County of San Francisco, California

County of Santa Clara, California

City of Santa Monica, California

Caroline Torosis
*Mayor Pro Tempore, City of Santa Monica, California*

Bruce Harrell
*Mayor, City of Seattle, Washington*

Lisa Brown
*Mayor, City of Spokane, Washington*

Constantine H. Kutteh
*Mayor, City of Statesville, North Carolina*

St. Louis County, Missouri

City of St. Paul, Minnesota

Jacqueline "Jack" Porter
*Commissioner, City of Tallahassee, Florida*

Dennis R. McBride
*Mayor, City of Wauwatosa, Wisconsin*

Eli Savit
*Prosecuting Attorney, Washtenaw County, Michigan*

Jilline Dobratz
*Clerk, City of West Bend, Wisconsin*