# United States Court of Appeals
## For the First Circuit

---

No. 25-1343

COMMONWEALTH OF MASSACHUSETTS; DANA NESSEL, on behalf of the people of the State of Michigan; STATE OF ILLINOIS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF DELAWARE; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, M.D., Ph.D. in the official capacity as Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services,

Defendants - Appellants.

---

### ORDER OF COURT

Entered: September 15, 2025

     Non-party People for the Ethical Treatment of Animals ("PETA") has filed an amicus brief and requests leave to participate in oral argument. The request to participate in oral argument is <u>denied without prejudice</u> to reassertion. If PETA renews the request to participate in oral argument, PETA should consult the parties regarding their positions on the request and should convey the parties' positions in the renewed motion.

                                       By the Court:

                                       Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Eric Dean McArthur, Brett Allen Shumate, Abraham R. George, Jeffrey Eric Sandberg, Jennifer Utrecht, Courtney Dixon, Brian Lea, David C. Kravitz, Katherine B. Dirks, Amanda S. Hainsworth, Allyson T. Slater, Chris Pappavaselio, Neil Giovanatti, Linus Banghart-Linn, Joshua S. Smith, Alex Hemmer, Joshua Bendor, Daniel Ambar, Emilio Eugene Varanini IV, Sophia TonNu, Michael Kenneth Skold, Shannon Wells Stevenson, Vanessa L. Kassab, Ian R. Liston, David Dana Day, Kalikoʻonālani Diara Fernandes, Sean D. Magenis, Thomas A. Knowlton, Adam D. Kirschner, Elizabeth C. Kramer, Heidi Parry Stern, Angela Cai, Anjana Samant, Rabia Muqaddam, Ester Murdukhayeva, Molly Thomas-Jensen, Daniel Paul Mosteller, Robert A. Koch, Jordan Broadbent, Jonathan T. Rose, Spencer Wade Coates, Ellen E. Range, Aaron Bibb, Cody R. Hart, Derrill J. Fussell, Eric M. Gold, Adam N. Cederbaum, Jonathan Benjamin Miller, Jeffrey T. Dana, Alexandra H. Deal, Kelsey McLean, Alexandra Zegger, David Zimmer, Jessica Lynn Ellsworth, Jackson Bruce Skeen, Phillip R. Malone, Nina Srejovic, Joshua B. Shiffrin, Jacob Karabell, Francisco Maria Negrón Jr., Nicole A. Saharsky, Steve W. Berman, Lauriane Williams, John DeStefano III, Sophia K. Weaver