

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7214
Washington, DC 20530

Tel: (202) 532-4453

September 26, 2025

Anastasia Dubrovsky, Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

      Re: *Massachusetts v. NIH*, No. 25-1343

Dear Ms. Dubrovsky:

  I write to inform the Court that I am withdrawing my appearance as counsel in the above-captioned case because I am resigning my employment with the Department of Justice effective today, September 26, 2025. The government will continue to be represented by the other Department of Justice attorneys who have entered appearances.

          Sincerely,

          /s/ Jeffrey E. Sandberg
          Jeffrey E. Sandberg


cc: All counsel by ECF