# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| MASSACHUSETTS, ET AL., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, ET AL., <br><br> Defendants-Appellants. | No. 25-1343 |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully requests leave to withdraw as counsel for the defendants-appellants in this case. Effective today, January 9, 2026, Ms. Dixon will no longer be employed by the Department of Justice. Ms. Dixon therefore respectfully requests that her appearance be removed from the docket and that her name be removed from the ECF distribution list. In addition, Brian Lea is withdrawing as counsel of record in this matter. Other Department of Justice attorneys who have appeared in this case will continue to represent defendants-appellees. Thank you for your attention to this matter.

Respectfully submitted,

/s/ *Courtney L. Dixon*
COURTNEY L. DIXON
Appellate Staff, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave. NW, Rm. 7246
Washington, DC 20530
(202) 353-8189
courtney.l.dixon@usdoj.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 98 words, according to the word count of Microsoft Word.

/s/ Courtney L. Dixon
Courtney L. Dixon

## CERTIFICATE OF SERVICE

I certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Courtney L. Dixon
Courtney L. Dixon