# United States Court of Appeals
## For the First Circuit

No. 25-1343

COMMONWEALTH OF MASSACHUSETTS; DANA NESSEL, on behalf of the people of the State of Michigan; STATE OF ILLINOIS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF DELAWARE; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, M.D., Ph.D. in the official capacity as Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services,

Defendants - Appellants.

No. 25-1344

ASSOCIATION OF AMERICAN MEDICAL COLLEGES; THE AMERICAN ASSOCIATION OF COLLEGES OF PHARMACY; THE ASSOCIATION OF SCHOOLS AND PROGRAMS OF PUBLIC HEALTH; THE CONFERENCE OF BOSTON TEACHING HOSPITALS, INC.; GREATER NEW YORK HOSPITAL ASSOCIATION,

Plaintiffs - Appellees,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, M.D., Ph.D. in the official capacity as Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services,

Defendants - Appellants.

No. 25-1345

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; BRANDEIS UNIVERSITY; BROWN UNIVERSITY; CARNEGIE MELLON UNIVERSITY; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; THE UNIVERSITY OF CHICAGO; CORNELL UNIVERSITY; THE GEORGE WASHINGTON UNIVERSITY; JOHNS HOPKINS UNIVERSITY; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA; UNIVERSITY OF ROCHESTER; TRUSTEES OF TUFTS COLLEGE; THE CALIFORNIA INSTITUTE OF TECHNOLOGY,

Plaintiffs - Appellees,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the Department of Health and Human Services; JAY BHATTACHARYA, M.D., Ph.D. in the official capacity as Director of the National Institutes of Health,

Defendants - Appellants.

---

**MANDATE**

Entered: February 27, 2026

In accordance with the judgment of January 5, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Daniel Ambar, Linus Banghart-Linn, Megan B. Bayer, Joshua Bendor, Steve W. Berman, Ishan Kharshedji Bhabha, Aaron Bibb, Jordan Broadbent, John P. Bueker, Angela Cai, Adam N. Cederbaum, Paul D Clement, Spencer Wade Coates, Jeffrey T. Dana, David Dana Day, John DeStefano III, Alexandra H. Deal, Katherine B. Dirks, Kyle Raymond Eiswald, Jessica Lynn Ellsworth, Kalikoonalani Diara Fernandes, Derrill J. Fussell, Abraham R. George, Neil Giovanatti, Eric M. Gold, Amanda S. Hainsworth, Douglas H. Hallward-Driemeier, Lindsay C. Harrison, Cody R. Hart, Lauren J. Hartz, Alex Hemmer, Elizabeth Henthorne, Jacob Karabell, Vanessa L. Kassab, Adam D. Kirschner, Thomas A. Knowlton, Robert A. Koch, Elizabeth C.

Kramer, David C. Kravitz, Daryl J. Lapp, Ian R. Liston, Donald Campbell Lockhart, Phillip R. Malone, Eric Dean McArthur, Kelsey McLean, Jonathan Benjamin Miller, Daniel Paul Mosteller, Rabia Muqaddam, Ester Murdukhayeva, Erin E. Murphy, Francisco Maria Negron Jr., Chris Pappavaselio, Shoba Pillay, Ellen E. Range, Jonathan T. Rose, Nicole A. Saharsky, Anjana Samant, Zachary C. Schauf, Joshua B. Shiffrin, Brett Allen Shumate, Jackson Bruce Skeen, Michael Kenneth Skold, Allyson T. Slater, Joshua S. Smith, Nina Srejovic, Heidi Parry Stern, Shannon Wells Stevenson, Molly Thomas-Jensen, Sophia TonNu, Adam G. Unikowsky, Jennifer Utrecht, Emilio Eugene Varanini IV, Sophia K. Weaver, Stephanie A. Webster, Lauriane Williams, James Xi, Alexandra Zegger, David Zimmer